UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

MARC AMIEL,

        Petitioner,

     v.

UNKNOWN,

        Respondent.

No. CV 11-2901-CJC (AJW)

ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and the Supplemental Report and Recommendation of Magistrate Judge ("Reports"). The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Reports.

DATED: November 22, 2011

_____
Cormac J. Carney
United States District Judge