JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| MARC AMIEL, | ) | Case No. CV 11-2901-CJC (AJW) |
|     Petitioner, | ) | |
|   v. | ) | |
| | ) | JUDGMENT |
| UNKNOWN, | ) | |
|     Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is **dismissed without prejudice.**

Date: November 22, 2011

_____
Cormac J. Carney
United States District Judge